# EXHIBIT D

4478 #320

STATE OF MICHIGAN

IN THE 1ST DISTRICT COURT

Monroe Bank & Trust

          Plaintiff,

vs.                                    Case No.

                                         Hon.

Ralph J Lewis
and
Kimberly C Lewis

          Defendant.
_____/

WEBER & OLCESE, P.L.C.
Michael Kirschenheiter (P75722)
Sazan Bardha (P65425)
Attorneys for Plaintiff
3250 West Big Beaver Road
Suite 124
Troy, Michigan 48084
866/816-8118

_____/

## COMPLAINT

NOW COMES Plaintiff, Monroe Bank & Trust ("Plaintiff"), by and through its attorneys, Weber & Olcese, P.L.C., and for its Complaint against Defendant(s), Ralph J Lewis and Kimberly C Lewis ("Defendant"), states as follows:

### JURISDICTION

1. That Plaintiff's attorneys are debt collectors attempting to collect a debt and any information obtained will be used for that purpose.

2. That pursuant to MCR 2.113(C)(2), there is no other pending or resolved civil action arising out of the transactions or occurrences alleged in this Complaint.

3. That Plaintiff is doing business in the City of Monroe MI 48161.

4. That upon information and belief, Defendant is domiciled in the City of ERIE MI 48133-9483.

5. That the amount in controversy is $506.25.

### COUNT I

### BREACH OF CONTRACT

6. That Plaintiff incorporates by reference Paragraphs 1 through 5.

7. That on or about August 24, 2006, Defendant entered into a contract with Plaintiff for goods sold and delivered and/or services rendered on open account, Account Number(s): *****5254

8. That a copy of the contract is attached or, alternatively, the contract is in the possession of Defendant pursuant to MCR 2.113(F)(1)(b) (see attached Exhibits).

9. That the contract was entered into for valid consideration and lawful and proper purposes and is legally enforceable in all respects.

10. That Plaintiff has performed all of its obligations and fulfilled all of its conditions precedent under the terms of the contract.

11. That Defendant has, without excuse, defaulted upon and materially breached the contract.

12. That as a result of Defendant's breach, Plaintiff has suffered damages in the sum of $506.25 (see attached Exhibits).

WHEREFORE, Plaintiff prays that Judgment be entered in its favor and against Defendant in the amount of $506.25.

## COUNT II

### ACCOUNT STATED

13. That Plaintiff incorporates by reference Paragraphs 1 through 12.

14. That Plaintiff and Defendant have consented to a sum as the credit balance due from one another on the account.

15. That Defendant has received periodic billing statements from Plaintiff to which Defendant has made payment(s) towards and/or not objected to.

16. That Defendant's payments and/or failure to successfully question the state of the account within a reasonable amount of time constitutes an admission of correctness.

17. That Defendant has been given all set-offs, credits and/or allowances on the account and is indebted to Plaintiff in the amount of $506.25(see attached Exhibits).

18. That a statement of the account and an affidavit verifying the account are attached to this Complaint and incorporated by reference (see attached Exhibits).

WHEREFORE, Plaintiff prays that Judgment be entered in its favor and against Defendant in the amount of $506.25.

## COUNT III

### UNJUST ENRICHMENT

19. That Plaintiff incorporates by reference Paragraphs 1 through 18.

20. That, alternatively, Defendant has received a benefit from Plaintiff in the amount of $506.25.

21. That Defendant has been unjustly enriched at the expense of Plaintiff.

22. That Defendant is required to make restitution to Plaintiff.

23. That it is inequitable for Defendant to retain the benefit.

WHEREFORE, Plaintiff prays that Judgment be entered in its favor and against Defendant in the amount of $506.25.

Respectfully submitted,

WEBER & OLCESE, P.L.C.

By: _____
Michael Kirschenheiter (P75722)
Sazan Bardha (P65425)
Attorneys for Plaintiff
3250 West Big Beaver Road
Suite 124
Troy, Michigan 48084
866/816-8118

Dated: July 25, 2016

## AFFIDAVIT OF ACCOUNT

STATE OF Michigan  
COUNTY OF Monroe

_Maria Towne_, being first duly sworn, deposes and says:

1. That he/she is the _Collection Supervisor_ for Plaintiff, Monroe Bank & Trust, is of legal age, is familiar with the facts made in this Affidavit and, if sworn as a witness, is competent to testify to them;

2. That he/she is authorized to make this affidavit based on behalf of Plaintiff;

3. That he/she makes this Affidavit based upon Plaintiff's books and/or records of account in existence and thus far discovered in the course of preparing this Affidavit.

4. That Defendant, Ralph J Lewis ("Defendant"), is justly indebted to Plaintiff in the amount of $506.25, including interest of $.00 as of June 27, 2016, on Account Number : *****5254.

5. That there are no set-offs, credits, by payment or return, or allowances due Defendant by Plaintiff.

Monroe Bank & Trust

By: _Maria Towne_

Its: _Collection Supervisor_

Subscribed and sworn to before me this  
_28th_ day of _June_, 2016.

_Johnathan Lawrence Baldwin_, Notary Public  
County, _____

JOHN LAWRENCE BALDWIN  
Notary Public - State of Michigan  
Monroe County  
My Commission Expires Nov 2, 2022  
Acting in the County of _Monroe_

My commission expires: _____

■4478

## AFFIDAVIT OF ACCOUNT

STATE OF Michigan )
COUNTY OF monroe )

Maria Towne, being first duly sworn, deposes and says:

1. That he/she is the Collection Supervisor for Plaintiff, Monroe Bank & Trust, is of legal age, is familiar with the facts made in this Affidavit and, if sworn as a witness, is competent to testify to them;

2. That he/she is authorized to make this affidavit based on behalf of Plaintiff;

3. That he/she makes this Affidavit based upon Plaintiff's books and/or records of account in existence and thus far discovered in the course of preparing this Affidavit.

4. That Defendant, Kimberly C Lewis ("Defendant"), is justly indebted to Plaintiff in the amount of $506.25, including interest of $.00 as of June 27, 2016, on Account Number : *****5254.

5. That there are no set-offs, credits, by payment or return, or allowances due Defendant by Plaintiff.

Monroe Bank & Trust

By: Maria Towne
Its: Collection Supervisor

Subscribed and sworn to before me this 28th day of JUNE, 2016.

JOHN LAWRENCE BALDWIN
Notary Public - State of Michigan
Monroe County
My Commission Expires Nov 2, 2022
Acting in the County of Monroe

John Lawrence Baldwin, Notary Public
County,

My commission expires: _____

■4478

```
000 00017 01                          PAGE:     1
ACCOUNT:            5254  10/10/2006
DOCUMENTS:              0
```



```
DOUGH J LEWIS
KIMBERLY C LEWIS                                    10-0
6000 D DIXIE HWY LOT 80                                0
ERIE MI  48133-9699                                    0
```

### *** FINAL STATEMENT ***

Home Buying Seminar        Thursday, October 19  6pm-7:30pm
Lambertville Office    7341 Secor Road or
MBT Mortgage Center    1050 S. Monroe Street in Monroe
Great for first time home buyers!  Call 734-242-2204

PERSONAL ACCOUNT        5254

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 09/08/06 | 465.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/11/06 | 470.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/12/06 | 475.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/13/06 | 480.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/14/06 | 485.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/15/06 | 490.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/18/06 | 495.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/19/06 | 500.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/20/06 | 505.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/21/06 | 510.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/22/06 | 515.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/25/06 | 520.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/26/06 | 525.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/27/06 | 530.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/28/06 | 535.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/29/06 | 540.25- |
| OVERDRAFT CHARGE | 5.00 | | 10/02/06 | 545.25- |
| OVERDRAFT CHARGE | 5.00 | | 10/03/06 | 550.25- |
| OVERDRAFT CHARGE | 5.00 | | 10/04/06 | 555.25- |
| OVERDRAFT CHARGE | 5.00 | | 10/05/06 | 560.25- |
| ACCOUNT CLOSED BY BANK | | 566.25 | 10/05/06 | 6.00 |
| SERVICE CHARGE | 6.00 | | 10/05/06 | .00 |
| BALANCE THIS STATEMENT | | | 10/10/06 | .00 |

```
TOTAL CREDITS   (1)     566.25
TOTAL DEBITS   (20)     101.00
```

### *** CONTINUED ***



```
                                    000 00017 01                    PAGE:      2
                                    ACCOUNT:            [####]5250  10/19/2006
                                    DOCUMENTS:               0
```

RALPH J LEVIN
[IT] EMILY C LEVIN

PERSONAL ACCOUNT [####]5250

--- ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES ---

|                       | THIS PERIOD | YEAR TO DATE |
|-----------------------|-------------|--------------|
| NSF PAID ITEM FEE:    | .00         | 1,404.00     |
| NSF RETURNED ITEM FEE:| .00         | 140.00       |
| OVERDRAFT FEES:       | 95.00       | 190.00       |

```
                                    000 00017 01                    PAGE:    1
                                    ACCOUNT:        ████5254    09/08/2006
                                    DOCUMENTS:                1
```



```
        DENISE J LEWIS                                       10-0
        KIMBERLY C LEWIS                                        1
        6400 S DIXIE HWY LOT 80                                 0
        ERIE MI  48133-9699
```

PERSONAL ACCOUNT ████5254

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 08/10/06 | 46.07 |
| 7276 WITHDRAWAL 1500 N CUSTER MONROE MICH | 20.00 | | 08/14/06 | 26.07 |
| B00006 PURCHASE 9782 M-36 S UD 23 WHITEFORD MICH | 15.00 | | 08/15/06 | 11.07 |
| DEPOSIT | | 1,440.66 | 08/17/06 | 1,451.73 |
| 290002 PURCHASE 1500 E. ALEXIS RD TOLEDO OHIO MEIJER INC 110 | 107.52 | | 08/17/06 | 1,344.21 |
| 6917 WITHDRAWAL 6560 LEWIS AVENUE TEMPERANCE MICH | 300.00 | | 08/17/06 | 1,044.21 |
| 290002 PURCHASE 1500 E. ALEXIS RD TOLEDO OHIO MEIJER INC 110 | 72.17 | | 08/18/06 | 972.04 |
| 2626 WITHDRAWAL 9796 S DIXIE HWY ERIE MICH | 300.00 | | 08/18/06 | 672.04 |
| 8560 WITHDRAWAL 4219 LUNA PIER RD LUNA PIER MICH | 300.00 | | 08/21/06 | 372.04 |
| 2769 WITHDRAWAL 9796 S DIXIE HWY ERIE MICH | 300.00 | | 08/21/06 | 72.04 |
| 312255 PURCHASE ONE MICROSOFT WAY 800-3865550 WASH MIU Dial Up Sub | 21.95 | | 08/21/06 | 50.09 |
| 019370 PURCHASE 5821 N DETROIT AVE TOLEDO OHIO BARNEY'S 010 039 | 40.00 | | 08/21/06 | 10.09 |
| 3030 DEPOSIT 9796 S DIXIE HWY ERIE MICH | | 0.70 | 08/22/06 | 10.79 |
| 346600 PURCHASE 9780 S DIXIE HWY ERIE MICH COU CUPS 252495501333610 | 11.31 | | 08/22/06 | 7.48 |
| 7529 DEPOSIT 6560 LEWIS AVENUE TEMPERANCE MICH | | 32.00 | 08/23/06 | 39.48 |
| FEE FOR WITHDRAWAL 5821 N. DETROIT TOLEDO OHIO | 1.00 | | 08/24/06 | 38.48 |

*** C O N T I N U E D ***

```
000 00017 01                    PAGE:    2
ACCOUNT:              5250  09/08/2006
DOCUMENTS:              1
```



RALPH J LEVIN
KIMBERLY C LEVIN

PERSONAL ACCOUNT      5250

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| FEE FOR WITHDRAWAL 5021 N. DETROIT TOLEDO OHIO | 1.00 | | 08/24/06 | 37.48 |
| 360060 WITHDRAWAL 5021 N. DETROIT TOLEDO OHIO | 61.50 | | 08/24/06 | 24.02- |
| 360060 WITHDRAWAL 5021 N. DETROIT TOLEDO OHIO | 101.50 | | 08/24/06 | 125.52- |
| NSF FEE CHARGE | 56.00 | | 08/25/06 | 181.52- |
| 3010 PURCHASE USA HOCKEY 7195768724 COMB USA HOCKEY | 30.00 | | 08/25/06 | 211.52- |
| NSF FEE CHARGE | 28.00 | | 08/28/06 | 239.52- |
| OVERDRAFT CHARGE | 5.00 | | 08/31/06 | 244.52- |
| OVERDRAFT CHARGE | 5.00 | | 09/01/06 | 249.52- |
| PAYPAL INST XFER 56T222BX76372 | 111.78 | | 09/05/06 | 361.30- |
| OVERDRAFT CHARGE | 5.00 | | 09/05/06 | 366.30- |
| NSF FEE CHARGE | 28.00 | | 09/06/06 | 394.30- |
| OVERDRAFT CHARGE | 5.00 | | 09/06/06 | 399.30- |
| 482355 PURCHASE OUR MICROSOFT PAY 800-3865550 WASH MSN Dial Up Sub | 21.95 | | 09/07/06 | 421.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/07/06 | 426.25- |
| NSF FEE CHARGE | 28.00 | | 09/08/06 | 454.25- |
| SERVICE CHARGE | 6.00 | | 09/08/06 | 460.25- |
| OVERDRAFT CHARGE | 5.00 | | 09/08/06 | 465.25- |
| BALANCE THIS STATEMENT | | | 09/08/06 | 465.25- |

```
TOTAL CREDITS   (3)    1,481.36   MINIMUM BALANCE     454.25-
TOTAL DEBITS   (29)    1,992.60   AVG AVAILABLE BALANCE  77.75
                                  AVERAGE BALANCE       113.92
```

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR MAINTENANCE CHARGE:            6.00

- - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| NSF PAID ITEM FEE: | 140.00 | 1,484.00 |
| NSF RETURNED ITEM FEE: | .00 | 140.00 |
| OVERDRAFT FEES: | 30.00 | 95.00 |